IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-00082-D

| | |
|---|---|
| LISA MILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the power of this Court to remand the case to the Commissioner for further action prior to answer by the Commissioner, and in light of his request to remand this action, this Court hereby remands the cause to the Commissioner. Upon the completion and issuance of a new decision, the Commissioner is directed to provide notice to this Court of its readiness to proceed.

Judgment does not enter at this time.

SO ORDERED this __4__ day of May, 2021.

JAMES C. DEVER III
United States District Judge